FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1811
_____

UNITED FACULTY OF FLORIDA,

Appellant,

v.

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES and
FLORIDA PUBLIC EMPLOYEES
RELATIONS COMMISSION,

Appellees.

_____

On appeal from the Public Employees Relations Commission.
Kerey Carpenter, Chair.

December 23, 2025

PER CURIAM.

In this appeal from an order of the Public Employees Relations Commission (PERC), we affirm, without comment, the dismissal of the United Faculty of Florida's unfair labor practice charge against the Florida State University Board of Trustees. However, we dismiss for lack of jurisdiction that portion of the appeal challenging PERC's decision to award the University prevailing party attorney's fees and costs. *See Chang v. Local 1403, Metro Dade Fire Fighters*, 345 So. 3d 384, 384 (Fla. 1st DCA 2022) (explaining that PERC's reservation of jurisdiction to determine

the amount of fees renders the entitlement portion of the order nonfinal and nonappealable).

AFFIRMED in part and DISMISSED in part.

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard P. Siwica of Egan, Lev, & Siwica, P.A., Orlando, for Appellant.

Michael Mattimore and Benjamin M. Lagos of Allen Norton & Blue, P.A., Tallahassee, for Appellee Florida State University Board of Trustees.

Daniel E. Nordby, Benjamin J. Gibson, Amber S. Nunnally, and Elise M. Engle of Shutts & Bowen LLP, Tallahassee, for Appellee Public Employees Relations Commission.